UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-3465-CBM(AFMx) | Date | SEPTEMBER 15, 2020 |
|---|---|---|---|
| Title | DAVID WEXLER v. B. SCOTT MEDIA, LLC. | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory P. Goonan | No appearance made |

**Proceedings:** HEARING RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST B. SCOTT MEDIA, LLC., [22]

The case is called off the record and counsel state their appearance. The Plaintiff is present. No appearance is made by the defendant or anyone else.

Counsel is informed that the Court will take the matter under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                          :**02**