UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL  JS-6

| | |
|---|---|
| Case No. | **CV 19-3465-CBM(AFMx)** |
| Date | APRIL 27, 2021 |
| Title | David Wexler v. B. Scott Media, LLC |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and pursuant to the Order filed on October 5, 2020, this case is hereby closed.

IT IS SO ORDERED.

cc: all parties